■ In the Matter of THEODORE DAVISS, Appellant, v HAROLD SMITH, Respondent.—Motion for leave to appeal to the Court of Appeals denied (see *Matter of Russo v New York State Bd. of Parole,* 50 NY2d 69). Present— Cardamone, J. P., Simons, Schnepp, Doerr and Witmer, JJ.

■ In the Matter of RONALD CROWLEY.—Order entered terminating suspension and reinstating petitioner as an attorney and counselor at law. Present—Dillon, P. J., Cardamone, Simons, Hancock, Jr., and Schnepp, JJ.